421499
Law Firm Ref#:

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# EASTERN DIVISION

JOAN KASTEN, individually, and on behalf of all others similarly situated,

    Plaintiff(s)
vs.
MOBOTREX LLC,

    Defendant(s)

Case No.: 3:25-cv-00100

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, __Alese Burris__, being first duly sworn on oath, deposes and states the following:

I am over the age of 18 and not a party of this action. I am an agent of It's Your Serve, Inc, Illinois Department of Financial and Professional Regulation number 117.000885. I attempted service of the within **Summons in a Civil Action; Class Action Complaint** to Mobotrex LLC c/o Corporation Service Company, located at 505 5th Avenue, Suite 729, Des Moines, IA 50309 resulting in the following:

☐ **PERSONAL SERVICE:** By leaving a copy of the process with Mobotrex LLC c/o Corporation Service Company personally on the ____ day of _____, 20____ at _____M.

☑ **AUTHORIZED SERVICE:** By leaving a copy of the process with:
Name: __Morgan Day__, Title: __receptionist__, an individual of the company willing and able to accept on behalf of the entity/respondent/witness on the __12__ day of __September__, 20__25__ at __9:45__ AM.

☐ **SUBSTITUTE SERVICE:** By leaving a copy of the process at the above address which is Mobotrex LLC c/o Corporation Service Company's usual place of abode with:
Name: _____, Relationship: _____, a person of his/her family, or other person residing there, over the age of 13 years who was informed of the contents of the listed documents on the ____ day of _____, 20____ at _____M.
After substitute service, I mailed a copy of the listed documents via regular mail to the subject on the ____ day of _____, 20____.

☐ **NON-SERVICE:** for the following reasons with the DATE and TIME of each attempt listed along with a description of the attempt (attach an additional sheet if needed):

__/__/__ @ ____ : _____
__/__/__ @ ____ : _____
__/__/__ @ ____ : _____

A description of person with whom the documents were left is as follows:
Sex: __F__ Race: __W__ Approx. Age: __25__ Height: __5'6__ Weight: __130__ Hair: __brown__
Noticeable features/Notes: __glasses__

The undersigned verifies that the statements set forth in this Affidavit of Service are true and correct.

Signed and sworn before me on this __12__ day of __September__, 20__25__

_Leah Burris_
Notary Public

**LEAH BURRIS**
Commission Number 824421
My Commission Expires
March 23, 20__26__

_Alese Burris_
(Server Signature)

__Alese Burris__
(Print Name)

__9-12-2025__
(Date)

SAAFF/421499