UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JOAN KASTEN, individually, and on Behalf of all others similarly situated, | : : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:25-cv-00100-RGE-HCA |
| | : | **MOTION FOR EXTENSION OF TIME** |
| MOBOTREX, LLC, | : | |
| Defendant. | : | |

**DEFENDANT MOBOTREX, LLC'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

Defendant, MoboTrex, LLC ("Defendant") respectfully requests an extension of time to file its response to Plaintiff, Joan Kasten's Class Action Complaint ("CAC"). In support thereof, Defendant states the following:

1. Plaintiff filed her CAC on September 10, 2025, asserting claims on behalf of herself and a putative class against Defendant arising out of an alleged data breach incident.

2. Defendant's first deadline to respond to Plaintiff's CAC was October 2, 2025.

3. The parties agreed to extend Defendant's deadline due to the length of the CAC and the complexities of the issues involved, and the Court entered an Order dated October 2, 2025.

4. The new deadline is currently November 3, 2025.

5. However, Defendant respectfully requests a second 30-day extension of its deadline through and including December 3, 2025.

6. The deadline was extended once previously. No party will be prejudiced by a grant of this Motion.

7.	Defense counsel conferred with Plaintiff's counsel, who do not oppose this Motion.

**WHEREFORE** Defendant respectfully requests this Court enter the attached proposed Order, granting a 30-day extension on its deadline to file a response to Plaintiff's Class Action Complaint.

Dated: November 3, 2025	Respectfully submitted

*/s/ Rubina Khaleel*
Rubina Khaleel, Esq.
Hennessy & Roach, P.C.
14301 FNB Pkwy, Ste 308
Omaha, NE 68154
402-933-8859
rkhaleel@hennessyroach.com

H. Nellie Fitzpatrick, Esq. (*Pro Hac Vice forthcoming*)
Conor J. Hafertepe, Esq. (*Pro Hac Vice forthcoming*)
Sarah K. Adams, Esq. (*Pro Hac Vice forthcoming*)
Cipriani & Werner PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
nfitzpatrick@c-wlaw.com
chafertepe@c-law.com
sadams@c-wlaw.com
