**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**

| | |
|---|---|
| JOAN KASTEN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MOBOTREX LLC,<br><br>    Defendant. | Case No. 3:25-cv-00100-RGE-HCA<br><br>**STIPULATED BRIEFING SCHEDULE** |

**STIPULATED BRIEFING SCHEDULE**

Defendant, MoboTrex, LLC ("Defendant") and Plaintiff, Joan Kasten, individually and on behalf of all others similarly situated ("Plaintiff") (together, the "Parties") **STIPULATE** and **AGREE** to the following briefing schedule with respect to Plaintiff's First Amended Complaint ("FAC"). In support thereof, the Parties state the following:

1. Plaintiff filed her CAC on September 10, 2025, asserting claims on behalf of herself and a putative class against Defendant arising out of an alleged data breach incident.

2. Defendant's first deadline to respond to Plaintiff's CAC was October 2, 2025.

3. The parties agreed to extend Defendant's deadline due to the length of the CAC and the complexities of the issues involved.

4. On October 2, 2025, the Court entered an Order, setting Defendant's deadline for November 3, 2025.

5. On October 31, 2025, the parties met and conferred regarding Defendant's response to Plaintiff's CAC.

6. Following the met and conferral, Plaintiff's counsel informed Defendant's counsel that Plaintiff intended to file an amended CAC.

7. Defendant respectfully requested a second 30-day extension of its deadline through and including December 3, 2025.

8. The Court entered an Order dated November 6, 2025, setting Defendant's deadline for December 3, 2025.

9. Plaintiff filed the FAC on December 3, 2025.

10. On December 1, 2025, Defense counsel conferred with Plaintiff's counsel, and the Parties have agreed to set the following schedule for the responsive pleadings in this matter:

  a. Defendant shall file its response to the FAC by February 3, 2026;

  b. If Defendant's response is by way of Motion, Plaintiff shall file her opposition to said Motion by March 6, 2026; and

  c. Defendant shall file any reply by March 20, 2026.

11. In the interim, the Parties will explore the potential for early resolution of this matter and will advise this Honorable Court without delay of any scheduled mediation and/or settlement.

12. The Parties agreed to the briefing schedule deadlines in consideration of the holiday season and planned vacations.

13. The deadlines were extended twice previously, but no party will be prejudiced by a grant of this Stipulation.

Dated: December 3, 2025                    Respectfully submitted,

*/s/ Rubina Khaleel*
Rubina Khaleel, Esq.
Hennessy & Roach, P.C.
14301 FNB Pkwy, Ste 308
Omaha, NE 68154
402-933-8859

rkhaleel@hennessyroach.com

H. Nellie Fitzpatrick, Esq. (*Pro Hac Vice forthcoming*)
Conor J. Hafertepe, Esq. (*Pro Hac Vice forthcoming*)
Sarah K. Adams, Esq. (*Pro Hac Vice forthcoming*)
Cipriani & Werner PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
nfitzpatrick@c-wlaw.com
chafertepe@c-law.com
sadams@c-wlaw.com

*Counsel for Defendant*


*/s/ J. Barton Goplerud*
J. Barton Goplerud, Esq.
Shindler, Anderson, Goplerud & Weese, P.C.
5015 Grand Ridge Drive, Suite 100
West Des Moines, IA 50265
goplerud@sagwlaw.com

Nickolas J. Hagman, Esq. (*Pro Hac Vice forthcoming*)
Cafferty Clobes Meriwether & Sprengel LLP
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
312-782-4880
nhagman@caffertyclobes.com

*Counsel for Plaintiff and he Proposed Class*