# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| JOAN KASTEN, individually, and on Behalf of all others similarly situated, | : : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:25-cv-00100-RGE-HCA |
| | : | **EXPEDITED RELIEF REQUESTED** |
| MOBOTREX, LLC, | : | **MOTION FOR EXTENSION OF TIME** |
| Defendant. | : | |

## DEFENDANT MOBOTREX, LLC'S
## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendant, MoboTrex, LLC ("Defendant"), respectfully requests an extension of time to file its response to Plaintiff, Joan Kasten's First Amended Complaint ("FAC"). In support thereof, Defendant states the following:

1. Plaintiff filed her CAC on September 10, 2025, asserting claims on behalf of herself and a putative class against Defendant arising out of an alleged data breach incident.

2. Defendant's first deadline to respond to Plaintiff's CAC was October 2, 2025.

3. The Parties agreed to extend Defendant's deadline due to the length of the CAC and the complexities of the issues involved, and the Court entered an Order dated October 2, 2025.

4. On October 2, 2025, the Court entered an Order setting Defendant's deadline to respond to November 3, 2025.

5. On October 31, 2025, the Parties met and conferred regarding Defendant's response to Plaintiff's CAC.

6.  After the Parties' meet and conferral, Plaintiff's Counsel informed Defendant's Counsel that Plaintiff intended to file an amended CAC.

7.  On October 31, 2025, Defendant requested the Court to grant a second 30-day extension of its deadline to respond.

8.  On November 6, 2025, the Court entered an Order setting Defendant's deadline to respond at December 3, 2025.

9.  On December 1, 2025, Defense Counsel conferred with Plaintiff's Counsel and agreed to set the following schedule for responsive pleadings in this matter:

   a.  Defendant shall file its response to the FAC by February 3, 2026;

   b.  If Defendant's response is by way of Motion, Plaintiff shall file her opposition to said Motion by March 6, 2026;

   c.  Defendant shall file any reply by March 20, 2026.

10. On December 3, 2025, Plaintiff filed the FAC.

11. The current deadline to respond is February 3, 2026.

12. During the week of January 26, 2026, and on February 2, 2026, Defendant and Plaintiff's Counsel met and conferred regarding exploration of potential early resolution.

13. The deadline was extended once previously. No Party will be prejudiced by a grant of this Motion.

14. Defense Counsel conferred with Plaintiff's Counsel, who does not oppose this Motion.

**WHEREFORE**, Defendant respectfully requests expedited relief by this Court entering the attached proposed Order, granting a 30-day extension on its deadline to file a response to Plaintiff's First Amended Complaint up to and including March 5, 2026.

Dated: February 3, 2026

Respectfully submitted,

*/s/ Rubina Khaleel*
Rubina Khaleel, Esq. AT0010806
Hennessy & Roach, P.C.
14301 FNB Pkwy, Ste 111
Omaha, NE 68154
402-933-8851
rkhaleel@hennessyroach.com

H. Nellie Fitzpatrick, Esq. (*Pro Hac Vice forthcoming)*
Conor J. Hafertepe, Esq. (*Pro Hac Vice forthcoming*)
Sarah K. Adams, Esq. (*Pro Hac Vice forthcoming*)
Cipriani & Werner PC
450 Sentry Parkway, Suite 200
Blue Bell, PA 19422
(610) 567-0700
nfitzpatrick@c-wlaw.com
chafertepe@c-law.com
sadams@c-wlaw.com

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

| | | |
|---|---|---|
| JOAN KASTEN, individually, and on | : | |
| Behalf of all others similarly situated, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 3:25-cv-00100 |
| | : | |
| MOBOTREX, LLC, | : | |
| Defendant. | : | |

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE**

**AND NOW**, on this _____ day of _____ 2026, upon consideration of Defendant, MoboTrex LLC's Motion for Extension of Time, it is hereby **ORDERED** and **DECREED** that the deadline for Defendant, MoboTrex LLC's response to Plaintiff's First Amended Complaint shall be extended by 30 days, until March 5, 2026.

**SO ORDERED.**

**BY THE COURT:**

_____