## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| JOAN KASTEN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>MOBOTREX LLC,<br><br>    Defendant. | Case No. 3:25-cv-00100-RGE-HC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Joan Kasten hereby dismisses this action without prejudice.

Date: February 16, 2026

Respectfully Submitted,

*/s/ Brian O. Marty*
J. Barton Goplerud, AT0002983
Brian O. Marty
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100 West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
*goplerud@sagwlaw.com*
*marty@sagwlaw.com*

Nickolas J. Hagman
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, Illinois 60603
Telephone: (312) 782-4880
nhagman@caffertyclobes.com

*Attorneys for Plaintiff*